**No. 48857.—**Protests 532468–G/79744, etc., of Henry Pollak, Inc. (Chicago).

Opinion by TILSON, J. The record showed that certain items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). The protests were therefore sustained as to this item.